No. 77–1144.  DUNCAN ET AL. v. FURROW AUCTION CO. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 77–1153.  REESE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 77–1161.  DREBIN ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 77–1213.  LLORENTE v. NEW YORK; and DORONZORO v. NEW YORK.  App. Div., Sup. Ct.  N. Y., 1st Jud. Dept.  Certiorari denied.

No. 77–1227.  MOITY v. SWIFT AGRICULTURAL CHEMICALS CORP.  C. A. 5th Cir.  Certiorari denied.

No. 77–1228.  NICKELL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 77–1236.  GENERAL ATOMIC CO. v. FELTER, JUDGE, ET AL.; and
No. 77–1269.  GENERAL ATOMIC CO. v. FELTER, JUDGE, ET AL.  Sup. Ct. N. M.  Certiorari denied.

No. 77–1240.  MAHROOM v. HOOK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 77–1263.  ANTHONY v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied.

No. 77–1267.  WIREMAN v. INDIANA SUPREME COURT DISCIPLINARY COMMISSION.  Sup. Ct. Ind.  Certiorari denied.

No. 77–1272.  VINER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.